## (October 19, 1953.)

ROSOLINO COVELLO, Appellant, v. ROSEN & ROSEN BRICK MASONS, INC., et al., Respondents.— Appeal by plaintiff from an order denying his motion for an order directing that the action, which had been placed on the Deferred Calendar, be restored to the General Calendar of the Supreme Court, Kings County, for trial in its regular order. Order reversed, without costs, and motion granted, without costs. The motion will be regarded as one made under paragraph (6) of subdivision (bb) of rule 2 of the Kings County Supreme Court Rules. The record discloses facts which have occurred subsequent to the making of the order of deferment which, in our opinion, require the restoration of the action to the General Calendar. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.

LILLIAN GIAMPAOLI et al., Appellants, v. CITY OF NEW YORK et al., Respondents.— Plaintiffs appeal from an order determining that, in view of the extent of the claimed damages and injuries, the action should have been brought and prosecuted in the City Court of the City of New York, and directing that the action be placed on the Deferred Calendar. Plaintiffs also appeal from an order denying their motion denominated as one for "reargument and reconsideration." Orders reversed, without costs, and the action is ordered restored to its regular position on the General Calendar. If the proof establishes the items of damage set forth in the complaint, bill of particulars, and affidavits, and which items are not now controverted, it may be that verdicts totaling more than $6,000 would not be excessive. The motion denominated as one for "reargument and reconsideration" has been considered as one based upon facts subsequently presented under paragraph (6) of subdivision (bb) of rule 2 of the Kings County Supreme Court Rules. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.